■ JACK TRACHTENBERG, Respondent, v. SOL ZOLCHONOOK, Appellant.— Appeal by defendant from an order of the Supreme Court, Queens County, dated April 17, 1968, which denied his motion to change the place of trial from Queens County to Sullivan County. Order reversed, on the law and the facts and in the interests of justice, with $10 costs and disbursements, and motion granted. In our opinion, under all the circumstances, and in the exercise of sound discretion and the interests of justice, the trial of this action should be transferred from Queens County to Sullivan County. Brennan, Acting P. J., Benjamin, Munder and Martuscello, JJ., concur; Rabin, J., dissents and votes to affirm the order.

## (January 14, 1969)

■ FLORENTINA M. SHUPACK, Respondent, v. BEN SHUPACK, Appellant.— Appeal by defendant from two orders of the Supreme Court, Nassau County, one dated June 20, 1968 which denied his motion to examine plaintiff before trial, and one dated August 27, 1968 which, on reargument, adhered to the original decision. Order dated August 27, 1968 affirmed insofar as it adhered to the original decision, without opinion; and appeals otherwise dismissed; without costs. The order dated June 20, 1968 was superseded by the order dated August 27, 1968; and appellant is not aggrieved by the latter order insofar as it granted reargument. Christ, Acting P. J., Brennan, Rabin, Munder and Martuscello, JJ., concur.